UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LUIS VALENCIA, JR., | 3:13-cv-00413-LRH-WGC |
| *Petitioner*, | |
| | ORDER |
| vs. | |
| ROBERT LEGRAND, *et al.*, | |
| *Respondents*. | |

This closed habeas matter comes before the Court on petitioner's motion (#14) for a certificate of appealability (COA).

The Court dismissed the petition as untimely and denied a COA, with stated reasons.  See #11, at 7.  Petitioner seeks a COA as to Ground 1 via a form motion containing no argument particular to this case.  Petitioner cannot obtain relief on Ground 1 because his petition is untimely.

IT THEREFORE IS ORDERED that petitioner's motion (#14) for a certificate of appealability is DENIED.

DATED this 22nd day of September, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE